UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONDAMIN WILKINS,

    Plaintiff,

v.                                              Case No. 8:24-cv-1793-TPB-AAS

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER OVERRULING "PLAINTIFF'S OBJECTIONS AND MOTION TO SET ASIDE MAGISTRATE'S ORDER COMPELLING PRODUCTION OF ATTORNEY-CLIENT PRIVILEGED DOCUMENTS"**

This matter is before the Court on Plaintiff Mondamin Wilkins's objection to United States Magistrate Judge Amanda Sansone's Order dated August 28, 2025. (Doc. 54). In her Order, Judge Sansone granted in part and denied in part Defendant Progressive Select Insurance Company's motion to compel certain documents listed as withheld on Plaintiff's privilege log. On September 4, 2025, Plaintiff filed an emergency motion to stay Judge Sansone's discovery order pending resolution of his forthcoming objection. (Doc. 56). The Court granted the requested stay. (Doc. 57). On September 11, 2025, Plaintiff timely filed his objection. (Doc. 59). On September 25, 2025, Defendant filed a response in opposition to Plaintiff's objection. (Doc. 61).

A party may file objections to a magistrate judge's order on a non-dispositive pretrial matter within fourteen days after service of the order. Fed. R. Civ. P. 72(a). When objections are filed, the district court "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to

law." *Id.* An order is contrary to law if the magistrate judge failed to apply or misapplied the relevant statutes, case law, or procedural rules. *TemPay, Inc. v. Biltres Staffing of Tampa Bay, LLC*, 929 F. Supp. 2d 1255, 1260 (M.D. Fla. 2013) (citing *S.E.C. v. Kramer*, 778 F. Supp. 2d 1320, 1326-27 (M.D. Fla. 2011)).

After an independent and *de novo* review of the record, the undersigned concurs with Judge Sansone. Judge Sansone's August 28, 2025, Order is neither clearly erroneous nor contrary to law. Consequently, Plaintiff's objection is overruled, and Judge Sansone's August 28, 2025, Order shall remain the Order of the Court. Because the Court has overruled the objection, the stay is lifted. Plaintiff shall provide the documents on or before October 17, 2025.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Plaintiff's objection (Doc. 59) is **OVERRULED**, and Judge Sansone's August 28, 2025, Order (Doc. 54) shall remain the Order of the Court.

(2) Plaintiff is directed to provide the documents on or before October 17, 2025.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 14th day of October, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE