UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONDAMIN WILKINS,

     Plaintiff,

v.                          Case No.: 8:24-cv-01793-TPB-AAS

PROGRESSIVE SELECT INSURANCE
COMPANY,

     Defendant.

_____/

### PLAINTIFF'S RESPONSE IN OPPOSITION TO PROGRESSIVE'S MOTION IN LIMINE REGARDING PROGRESSIVE'S CLAIMS MANUAL(S) OR ANY INTERNAL POLICIES

Plaintiff, MONDAMIN WILKINS, by and through undersigned counsel, responds to Defendant, PROGRESSIVE SELECT INSURANCE COMPANY's ("Progressive's"), Motion in Limine Regarding Claims Manual(s) or any Internal Policies (Dkt. 70). At the pretrial conference in this matter on October 20, 2025, the Court announced ruling on Progressive's Motion, denying the motion. Plaintiff files this response merely to confirm that the record comports with Plaintiff's recollection and would seek leave to file a full response if it does not. In support of the Court's ruling, Plaintiff would cite to Judge Covington's Order in *Hayas* and Judge Bucklew's Order in *Altheim*. *See Hayas v. GEICO Gen. Ins., Co.*, No. 8:13-CV-1432-T-33AEP, 2014 WL 5590808 (M.D. Fla. Nov. 3, 2014); *Altheim v. GEICO Gen. Ins. Co.*, No. 8:10-CV-156-T-24 TBM, 2011 WL 1429735 (M.D. Fla. Apr. 14, 2011).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on all known counsel of record this 27th day of October, 2025.

Respectfully submitted,

*s/ L. Delton Gunn V*
Lee D. Gunn IV, Esq.
Florida Bar No.: 367192
lgunn@gunnlawgroup.com
dgunn@gunnlawgroup.com
L. Delton Gunn V, Esq.
Florida Bar No.: 1038889
dgunn@gunnlawgroup.com
kfisher@gunnlawgroup.com
efile@gunnlawgroup.com
**GUNN LAW GROUP, P.A.**
401 East Jackson Street, Suite 3600
Tampa, FL 33602
(813) 228-7070 TELEPHONE
(813) 228-9400 FACSIMILE
*Counsel for Plaintiff*

2